

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2021

No. 04-21-00412-CR

**EX PARTE KEVIN OWENS**,

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CR-1906
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Appellant's brief was due on December 6, 2021. Before the due date, Appellant filed a motion for an extension of time to file the brief.

Appellant's motion is GRANTED. Appellant's brief is due on January 5, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court